UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HARLEE G. VINEYARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VO LOGISTICS, INC., )<br>JUAN CARWELL, )<br>VO LOGISTICS, INC. c/o INDIANA )<br>SECRETARY OF STATE, )<br>)<br>Defendants. ) | No. 2:23-cv-00186-MPB-MJD |

**ENTRY DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT**

Plaintiff filed a "Motion for Default Judgment" under Rule 55(b)(2) of the Federal Rules of Civil Procedure. (Docket No. 18). However, Plaintiff has not yet obtained a clerk's entry of default. "There are two stages in a default proceeding: the establishment of the default, and the actual entry of a default judgment." *In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004). Rule 55(a) provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Because Plaintiff has not yet obtained a clerk's entry of default, her Motion for Default Judgment (Docket No. 18) is **DENIED without prejudice**. To obtain an entry of default, Plaintiff is directed to refile her motion using the forms in the Attorney Handbook on the Court's website, Appendix A-1, A-2, and A-3.

**IT IS SO ORDERED**.

Dated: May 22, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.