UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| HARLEE G. VINEYARD, | ) |
| Plaintiff | ) |
| vs. | ) CASE NO. 2-23-cv-00186-MPB-MJD |
| VO LOGISTICS, INC. and JUAN CARWELL, | ) |
| Defendants | ) |

**MOTION FOR DEFAULT**

**To the Clerk of the U. S. District Court for the Southern District of Indiana**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff requests that the clerk enter the default of Defendant VO Logistics, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Robert P. Kondras, Jr. attached hereto.

Respectfully submitted,

/s/Robert P.Kondras, Jr.
Robert P. Kondras, Jr. (18038-84)
HASSLER KONDRAS MILLER LLP
100 Cherry St.
Terre Haute, IN 47807
Telephone: (812) 232-9691
Facsimile: (812) 234-2881
kondras@hkmlawfirm.com

Counsel for Plaintiff

## *CERTIFICATE OF SERVICE*

      I certify that on <u>May 14</u>, 2025 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system as well as mailed United States First Class, Certified to the following:

VO Logistics, Inc.
c/o Juan Carwell, Registered Agent
333 N. Alabama St.
Indianapolis, IN 46204

                                              HASSLER KONDRAS MILLER LLP

                                              /s/Robert P. Kondras, Jr.